**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ibikunle Sunday FAYEMI, a/k/a Ayodele Adebayo, Defendant–Appellant.**

**No. 00–7168.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 11, 2001.

Decided Jan. 17, 2001.

Ibikunle Sunday Fayemi, pro se. Kenneth Davis Bell, Office of the United States Attorney, Charlotte, NC, for appellee.

Before NIEMEYER, WILLIAMS, and KING, Circuit JJ.

PER CURIAM.

Ibikunle Sunday Fayemi appeals a district court order denying his motion for reconsideration of the court's denial of his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Fayemi,* Nos. CR–94–168; CA–99–343–3–2V (W.D.N.C. July 14, 2000).* We dispense

---

* Although the district court's order is marked as "filed" on July 6, 2000, the district court's records show that it was entered on the docket sheet on July 14, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. *See Wilson v. Murray,* 806 F.2d 1232, 1234–35 (4th Cir.1986).

with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Ferrara v. Angelone,* No. CA–99–1401–2 (E.D.Va. Aug. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*